IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE, ADC # 97101; JASON McGEHEE;
STACEY JOHNSON; BRUCE WARD; MARCEL
WILLIAMS; and KENNETH WILLIAMS                                    PLAINTIFFS

v.                    No. 4:17-cv-194-DPM
                      No. 4:17-cv-195-DPM
                      No. 4:17-cv-196-DPM
                      No. 4:17-cv-197-DPM
                      No. 4:17-cv-198-DPM
                      No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas; WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction; JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                                      DEFENDANTS

ORDER

For the reasons stated on the record at today's telephone conference, the motion to quash, № 12, is granted; and the motion for discovery on an expedited basis, № 7, is partly granted and mostly denied. Responses to approved discovery due by 10:00 a.m. on 3 April 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2017