# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEDELL LEE, ADC # 97101; JASON McGEHEE;
STACEY JOHNSON; BRUCE WARD; MARCEL
WILLIAMS; and KENNETH WILLIAMS                    PLAINTIFFS

v.           No. 4:17-cv-194-DPM
             No. 4:17-cv-195-DPM
             No. 4:17-cv-196-DPM
             No. 4:17-cv-197-DPM
             No. 4:17-cv-198-DPM
             No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas; WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction; JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                      DEFENDANTS

## ORDER

Any attending member of the media may bring a tape recorder into the courthouse for the April 5th hearing. The use of any such recording, however, shall be limited by and subject to Local Rule 83.2(d). The same limitation applies to recordings from the April 4th hearing.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 April 2017