IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LEDELL LEE, ADC # 97101; JASON McGEHEE; STACEY JOHNSON; MARCEL WILLIAMS; and KENNETH WILLIAMS | PLAINTIFFS |

v.  No. 4:17-cv-194-DPM
    No. 4:17-cv-195-DPM
    No. 4:17-cv-196-DPM
    No. 4:17-cv-198-DPM
    No. 4:17-cv-199-DPM

| | |
|---|---|
| ASA HUTCHINSON, in his official capacity as Governor of Arkansas; WENDY KELLEY, in her official capacity as Director of the Arkansas Department of Correction; JOHN FELTS, JOHN BELKEN, ANDY SHOCK, DAWNE BENAFIELD VANDIVER, JERRY RILEY, ABRAHAM CARPENTER, JR., and LONA H. McCASTLAIN, all in their official capacities as Members of the Arkansas Parole Board | DEFENDANTS |
| JACK HAROLD JONES, JR. | INTERVENOR |

ORDER

The Court would appreciate an expedited response to Marcel Williams's amended motion for preliminary injunction, № 40. The Court understands that counsel for the State defendants are preparing for hearings on Tuesday in two other matters filed by Williams. Abbreviated papers are therefore acceptable. Response due by 5:00 p.m. on Monday, 17 April 2017.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 April 2017