IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE, ADC # 97101; JASON McGEHEE;
STACEY JOHNSON; MARCEL WILLIAMS;
and KENNETH WILLIAMS                                              PLAINTIFFS

v.                        No. 4:17-cv-194-DPM
                          No. 4:17-cv-195-DPM
                          No. 4:17-cv-196-DPM
                          No. 4:17-cv-198-DPM
                          No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas; WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction; JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                                       DEFENDANTS

JACK HAROLD JONES, JR.                                             INTERVENOR

## ORDER

Expedited response to Lee's motion, № 49, due as soon as practicable, and no later than 5:00 p.m. today, 19 April 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 April 2017