IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE, ADC # 97101; JASON McGEHEE;
STACEY JOHNSON; MARCEL WILLIAMS;
and KENNETH WILLIAMS                                    PLAINTIFFS

v.                      No. 4:17-cv-194-DPM
                        No. 4:17-cv-195-DPM
                        No. 4:17-cv-196-DPM
                        No. 4:17-cv-198-DPM
                        No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas; WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction; JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                            DEFENDANTS

JACK HAROLD JONES, JR.                                  INTERVENOR

ORDER

Expedited response to the motion to strike, № 51, due as soon as practicable or by 5:00 p.m. today, 19 April 2017. The State Defendants should still file a response on the merits of Lee's latest motion by that time too.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 April 2017