# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LEDELL LEE, ADC # 97101;  JASON McGEHEE;
STACEY JOHNSON;  MARCEL WILLIAMS;
and KENNETH WILLIAMS                                                    PLAINTIFFS

v.                                        No. 4:17-cv-194-DPM
                                          No. 4:17-cv-195-DPM
                                          No. 4:17-cv-196-DPM
                                          No. 4:17-cv-198-DPM
.                                         No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas;  WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction;  JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                                           DEFENDANTS

JACK HAROLD JONES, JR.                                                 INTERVENOR

## ORDER

Expedited response to Kenneth Williams's motion, № 62, due as soon as

practicable, and no later than 5:00 p.m. today, 27 April 2017.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

27 April 2017