IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE, ADC # 97101; JASON McGEHEE;
STACEY JOHNSON; MARCEL WILLIAMS;
and KENNETH WILLIAMS                                                                PLAINTIFFS

v.                     No. 4:17-cv-194-DPM
                       No. 4:17-cv-195-DPM
                       No. 4:17-cv-196-DPM
                       No. 4:17-cv-198-DPM
                       No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas; WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction; JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                                                        DEFENDANTS

JACK HAROLD JONES, JR.                                                              INTERVENOR

ORDER

The Court would benefit from a joint status report. The deaths of Ledell Lee, Marcel Williams, Kenneth Williams, and Jack Jones need to be formally suggested on the record and mootness addressed. The Court also welcomes counsel's thoughts on what matters remain pending for decision and how to move the case forward. Please confer and file the joint report by 11 August 2017.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2017