# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEDELL LEE, ADC # 97101;  JASON McGEHEE;
STACEY JOHNSON;  MARCEL WILLIAMS;
and KENNETH WILLIAMS                                                    PLAINTIFFS

v.                                         No. 4:17-cv-194-DPM
                                           No. 4:17-cv-195-DPM
                                           No. 4:17-cv-196-DPM
                                           No. 4:17-cv-198-DPM
                                           No. 4:17-cv-199-DPM

ASA HUTCHINSON, in his official capacity as
Governor of Arkansas;  WENDY KELLEY, in her
official capacity as Director of the Arkansas
Department of Correction;  JOHN FELTS, JOHN
BELKEN, ANDY SHOCK, DAWNE BENAFIELD
VANDIVER, JERRY RILEY, ABRAHAM
CARPENTER, JR., and LONA H. McCASTLAIN,
all in their official capacities as Members
of the Arkansas Parole Board                                          DEFENDANTS

JACK HAROLD JONES, JR.                                               INTERVENOR

## ORDER

The parties have reported on the record that Ledell Lee, Marcel Williams,

Kenneth Williams, and Jack Jones are deceased.  Their deaths have mooted

their claims.  And all those claims are therefore dismissed without prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 August 2017