IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE, *et al.*                                                           PLAINTIFFS

v.                              No. 4:17-cv-194-DPM

ASA HUTCHINSON, *et al.*                                        DEFENDANTS

ORDER

The Court has received and appreciates the notice, № 75, of Governor Hutchinson's action.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 August 2017