# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEDELL LEE, ADC # 97101**                                                          **PLANTIFF**

v.                      No. 4:17-cv-194-DPM

**ASA HUTCHINSON**, in his official capacity as Governor of Arkansas; **WENDY KELLEY**, in her official capacity as Director of the Arkansas Department of Correction; **JOHN FELTS, JOHN BELKEN, ANDY SHOCK, DAWNE BENAFIELD VANDIVER, JERRY RILEY, ABRAHAM CARPENTER, JR.**, and **LONA H. McCASTLAIN**, all in their official capacities as Members of the Arkansas Parole Board            **DEFENDANTS**

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2017